**FILED**

**FEBRUARY 5, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| SILICON KNIGHTS, INC. | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| EPIC GAMES, INC. | )    Case No. 5-07-00275-D |
| | )    (Eastern District of North Carolina |
| Defendant. | )    Western Division) |
| | ) |
| | ) |
| | ) |

**08 C 782**

**JUDGE GETTLEMAN**
**MAGISTRATE JUDGE SCHENKIER**

## NOTICE OF MOTION TO QUASH SUBPOENA

PLEASE TAKE NOTICE THAT as soon as Midway Games Inc. ("Midway") may be heard before this Court it will and hereby does move to quash a subpoena *duces tecum* ("Subpoena") served upon it by Silicon Knights Inc., the plaintiff in litigation pending in the Eastern District of North Carolina captioned *Silicon Knights, Inc. v. Epic Games, Inc.*, Case No. 5-07-00275-D (the "North Carolina Action"). The Subpoena seeks documents not within Midway's possession, custody or control, it requests that Midway turn over highly confidential and proprietary information to its direct competitor Silicon Knights, Inc. and fails to allow a reasonable time for compliance. This Court should quash the subpoena, rather than modify it, because the subpoena seeks to place an undue burden on a non-party to the North Carolina litigation in requiring it to produce confidential materials to its direct competitor without a sufficient showing of need or relevance.

This motion is based upon this notice of motion and the motion, and such argument as the Court will permit.

Dated:  February 5, 2008                    MIDWAY GAMES INC,


                                            By:    /s/ Gerald O. Sweeney, Jr.
                                                   One of Its Attorneys


Gerald O. Sweeney, Jr.
Howrey LLP
321 North Clark Street
Suite 3400
Chicago, IL 60610
312-595-1239