**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| SILICON KNIGHTS, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 08 C 782 |
| v. | ) | Judge Gettleman |
| | ) | Magistrate Judge Schenkier |
| EPIC GAMES, INC. | ) | |
| | ) | Case No. 5-07-00275-D |
| Defendant. | ) | (Eastern District of North Carolina, |
| | ) | Western Division) |
| | ) | |
| | ) | |

**AMENDED NOTICE OF MOTION TO QUASH SUBPOENA**

To:  Attached Service List

PLEASE TAKE NOTICE that on Thursday, February 28, 2008, at 9:15 a.m., or as soon thereafter as counsel may be heard, I shall appear before Judge Gettleman, or any judge sitting in his stead, in Courtroom 1703, at 219 S. Dearborn Street, Chicago, Illinois, and shall then and there present Midway Games Inc.'s Motion to Quash Subpoena, a copy of which was previously filed and served on February 5, 2008 (D.I. 1).

Respectfully submitted,

Dated:  February 12, 2008                MIDWAY GAMES INC,


By:    /s/ Gerald O. Sweeney, Jr.
          One of Its Attorneys

Gerald O. Sweeney, Jr.
Howrey LLP
321 North Clark Street
Suite 3400
Chicago, IL 60610
312-595-1239

## CERTIFICATE OF SERVICE

I, Gerald O. Sweeney, Jr., an attorney, certify that I caused a copy of the foregoing Midway Games, Inc.'s Amended Notice of Motion and Motion to Quash Subpoena to be served upon:

Anjali Kumar Karani
Krieg, Keller, Sloan, Reilley & Roman LLP
3737 Glenwood Ave, Suite 400
Raleigh, NC 21512

Christopher T. Holland
Garth A. Rosengren
cholland@kksrr.com
grosengren@kksrr.com
Krieg, Keller, Sloan, Reilley & Roman LLP
114 Sansome Street, 4th Floor
San Francisco, CA 94104

Hayden J. Silver, III
Betsy Cooke
jaysilver@kilpatrickstockton.com
bcooke@kilpatrickstockton.com
Kilpatrick Stockton LLP
3737 Glenwood Ave, Suite #400
Raleigh, N.C. 27612

*Attorneys for Plaintiff Silicon Knights, Inc.*

Douglas Kenyon
dkenyon@hunton.com
Robert Van Arnam
rvanarnam@hunton.com
Hunton & Williams LLP
P.O. Box 109
Raleigh, North Carolina 27602

*Counsel for Epic Games, Inc.*

on this 12th day of February, 2008, via U.S. Mail postage pre-paid and electronic mail to the addresses indicated above.

By:    /s/ Gerald O. Sweeney, Jr.
          Gerald O. Sweeney, Jr.

2