IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SILICON KNIGHTS, INC. )<br>)<br>Plaintiff )<br>)<br>) No. 08 c 782<br>v. )<br>) Judge Gettleman<br>EPIC GAMES, INC. )<br>) Magistrate Judge Schenkier<br>Defendant. )<br>) No. 5-07-00275-D<br>) (Eastern District of North Carolina,<br>) Western Division)<br>) | |

## NOTICE OF CHANGE OF ADDRESS

To:   Please see attached service list

PLEASE TAKE NOTICE that undersigned counsel has changed his address, effective February 26, 2008 to:

> Gerald O. Sweeney, Jr.
> BARNES & THORNBURG LLP
> One North Wacker Drive
> Suite 4400
> Chicago, IL 60606
> (312) 214-8820
> (312) 759-5646 (fax)
>
> gsweeney@btlaw.com

You are requested to serve a copy of all pleadings and each notice of any proceeding, hearing and/or report in the above-captioned matter, including but not limited to all notices required by Federal Rules of Civil Procedure, and Local Rules, to the undersigned counsel at the above address.

                MIDWAY GAMES INC.

             By:   /s/ Gerald O. Sweeney, Jr.
                 One of Its Attorneys

Gerald O. Sweeney
Barnes & Thornburg LLP
One North Wacker Drive, Suite 4400
Chicago, IL 60606-2833
(312) 214-4858
gerald.sweeney@btlaw.com

## CERTIFICATE OF SERVICE

I, Gerald O. Sweeney, an attorney, certify that, I caused a copy of the foregoing **Notice of Change of Address** to be served upon the following via the court's CM/ECF system:

Anjali Kumar Karani
Krieg, Keller, Sloan, Reilley & Roman LLP
3737 Glenwood Ave, Suite 400
Raleigh, NC 21512

Christopher T. Holland
Garth A. Rosengren
cholland@kksrr.com
grosengren@kksrr.com
Krieg, Keller, Sloan, Reilley & Roman LLP
114 Sansome Street, 4th Floor
San Francisco, CA 94104

Hayden J. Silver, III
Betsy Cooke
jaysilver@kilpatrickstockton.com
bcooke@kilpatrickstockton.com
Kilpatrick Stockton LLP
3737 Glenwood Ave, Suite #400
Raleigh, N.C. 27612

*Attorneys for Plaintiff Silicon Knights, Inc.*

Douglas Kenyon
dkenyon@hunton.com
Robert Van Arnam
rvanarnam@hunton.com
Hunton & Williams LLP
P.O. Box 109
Raleigh, North Carolina 27602

*Counsel for Epic Games, Inc.*

on this 26th day of February, 2008.

/s/ Gerald O. Sweeney, Jr.