UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 3.0**
Eastern Division

Silicon Knights Inc
                        Plaintiff,

v.                                            Case No.: 1:08−cv−00782
                                            Honorable Robert W. Gettleman

Epic Games Inc
                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, March 6, 2008:

      MINUTE entry before Judge Sidney I. Schenkier : Status hearing held. Movant Midway Games' motion to quash subpoena (1) is taken underadvisement. Plaintiff to send letter to Midway Games that specifically indicates how they narrowed the subpoena, what Silicon Knights now seeks under the subpoena, and what categories it previously thought would be responsive to what it was seeking, that it now no longer seeks. by the close of business 3/7/08. Midway to file memorandum in support of motion to quash by 3/21/08. Plaintiff is to respond by 4/4/08. Midway is to file its reply by 4/11/08. A hearing on the motion is set for 4/24/08 at 9:30 a.m. Mailed notice(mmm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.