# United States District Court
# Northern District of Illinois

In the Matter of

Silicon Knights

v.   Case No. 08 C 782

Epic Games, Inc.

### TRANSFER OF CASE TO THE EXECUTIVE COMMITTEE FOR A REFERRAL TO MAGISTRATE JUDGE

The above captioned case is currently pending on my calendar. I recommend to the Executive Committee that this case be referred to the calendar of Magistrate Judge **Sidney I. Schenkier**, the magistrate judge designated pursuant to Local Rule 72.1. The reasons for my recommendation are indicated on the reverse of this form.

*Judge Robert W. Gettleman*

Dated: March 7, 2008

---

### ORDER OF THE EXECUTIVE COMMITTEE

IT IS HEREBY ORDERED that the above captioned case be referred to the calendar of Magistrate Judge **Sidney I. Schenkier**.

ENTER

FOR THE EXECUTIVE COMMITTEE

*Chief Judge James F. Holderman*

Dated: MAR 1 0 2008

Referral/Designated Magistrate Judge (Rev. 9/99)