**EXHIBIT   E**

## THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION

### 5-07-CV-00275-D

SILICON KNIGHTS, INC., an Ontario
(Canada) Corporation,

           Plaintiff,

vs.

EPIC GAMES, a North Carolina company,

           Defendant.

**PLAINTIFF SILICON KNIGHTS, INC.'S THIRD REQUEST FOR PRODUCTION OF DOCUMENTS AND THINGS TO DEFENDANT EPIC GAMES, INC.**

Pursuant to Rules 26 and 34 of the Federal Rules of Civil Procedure, Silicon Knights, Inc. propounds this Third Request For Production of Documents and Things to Epic Games, Inc. ("Epic").

### DEFINITIONS

A.    "Document" means documents and electronically stored information as those terms are used in Rule 34 of the Federal Rules of Civil Procedure. "Document" includes the original draft and any non-identical or variation thereof, (whether different from the original or draft because of annotations, attachments, metadata, or otherwise) and any mechanical, magnetic, electronic or other recordings of any voice, sound, image or data, including but not limited to electronic mail messages, and any other data compilations.

B.    "Documents sufficient to identify," when used in reference to a person, means documents that reveal the person's name, current or last known address, and current or last known telephone number.

C.    "Silicon Knights" means Silicon Knights, Inc., the Plaintiff and Counterclaim Defendant in the above entitled action.

D.    "Person or entity" means any individual, corporation, partnership, unincorporated

EXHIBIT B
MTC Decl.

association, government, governmental agency, or any other entity or form of organization or association, and its officers, agents, and employees.

E.    "Referring or relating to" means constituting, comprising, showing, demonstrating, embodying, evidencing, reflecting, respecting, discussing, referring to, pertaining to, stating, describing, recording, noting, considering, embodying, evaluating, analyzing, mentioning, containing, studying, or any other term synonymous with or similar to the foregoing.

F.    "Unreal Engines" means all builds of the Unreal Engine, including without limitation Unreal Engine 1, Unreal Engine 2, Unreal Engine 2.5, Unreal Engine 3, and Unreal Engine 4.

G.    "Unreal Engine 3" means the video game engine owned by Epic and all present and past versions and revisions thereof.

H.    "License Agreements" means any agreement relating to the use of any version of the Unreal Engines, including but not limited to Unreal Engine 3, including any and all attachments, amendments, and revisions thereto and documents relating to termination thereof.

I.    "You," "your," and "Epic" means Epic Games, Inc., any parent, any predecessor, subsidiary or licensee of Epic Games, Inc., and any person, including any agent, consultant, contractor, employee, representative, attorney, expert, investigator, or insurer, acting or purporting to act, or having acted or having purported to act, on behalf of the foregoing.

## INSTRUCTIONS

A.    Each request shall be responded to in accordance with Rule 34 of the Federal Rules of Civil Procedure.  Unless otherwise ordered by the Court, responsive documents shall be produced for inspection and copying on **CALENDAR**, at the offices of Krieg, Keller, Sloan, Reilley & Roman LLP, 114 Sansome Street, 4th Floor, San Francisco, CA 94104, or at such other time and place as may be agreed upon by the parties.

B.      A verb used in any tense shall be read in all tenses so as to bring within the scope of these requests and any document or thing that might otherwise be considered outside their scope.

C.      The singular of a word shall also be read in the plural and vice versa so as to bring within the scope of these requests any document or thing that might otherwise be considered outside their scope.

D.      The terms "and" and "or" shall be read conjunctively and disjunctively so as to bring within the scope of these requests any document that might otherwise be considered outside their scope.

E.      If objection is made to a portion of any request, that portion shall be specified and documents produced for the remainder of the request.

## DOCUMENT REQUESTS

11.     Any and all License Agreements entered into between Epic and Microsoft Corporation, including but not limited to any parent, predecessor or subsidiary thereof.

**RESPONSE:**


12.     Any and all correspondence, memoranda, emails and/or other documents referring or relating to any License Agreements entered into between Epic and Microsoft Corporation, including but not limited to any parent, predecessor or subsidiary thereof.

**RESPONSE:**


13.     Any and all License Agreements entered into between Epic and KOEI Corporation, including but not limited to any parent, predecessor or subsidiary thereof.

**RESPONSE:**

14.    Any and all correspondence, memoranda, emails and/or other documents referring or relating to any License Agreements entered into between Epic and KOEI Corporation, including but not limited to any parent, predecessor or subsidiary thereof.

**RESPONSE:**

15.    Any and all License Agreements entered into between Epic and IGN Entertainment, including but not limited to any parent, predecessor or subsidiary thereof.

**RESPONSE:**

16.    Any and all correspondence, memoranda, emails and/or other documents referring or relating to any License Agreements entered into between Epic and IGN Entertainment, including but not limited to any parent, predecessor or subsidiary thereof.

**RESPONSE:**

17.    Any and all License Agreements entered into between Epic and SouthPeak Interactive LLC, including but not limited to any parent, predecessor or subsidiary thereof.

**RESPONSE:**

18.    Any and all correspondence, memoranda, emails and/or other documents referring or relating to any License Agreements entered into between Epic and SouthPeak Interactive LLC, including but not limited to any parent, predecessor or subsidiary thereof.

**RESPONSE:**

19.     Any and all License Agreements entered into between Epic and Chair Entertainment, including but not limited to any parent, predecessor or subsidiary thereof.

**RESPONSE:**

20.     Any and all correspondence, memoranda, emails and/or other documents referring or relating to any License Agreements entered into between Epic and Chair Entertainment, including but not limited to any parent, predecessor or subsidiary thereof.

**RESPONSE:**

21.     Any and all License Agreements entered into between Epic and Ubisoft Entertainment, including but not limited to any parent, predecessor or subsidiary thereof.

**RESPONSE:**

22.     Any and all correspondence, memoranda, emails and/or other documents referring or relating to any License Agreements entered into between Epic and Ubisoft Entertainment, including but not limited to any parent, predecessor or subsidiary thereof.

**RESPONSE:**

23.     Any and all License Agreements entered into between Epic and Irrational Games Boston, including but not limited to any parent, predecessor or subsidiary thereof.

**RESPONSE:**

24.    Any and all correspondence, memoranda, emails and/or other documents referring or relating to any License Agreements entered into between Epic and Irrational Games Boston, including but not limited to any parent, predecessor or subsidiary thereof.

**RESPONSE:**

25.    Any and all License Agreements entered into between Epic and Midway Games Inc., including but not limited to any parent, predecessor or subsidiary thereof

**RESPONSE:**

26.    Any and all correspondence, memoranda, emails and/or other documents referring or relating to any License Agreements entered into between Epic and Midway Games Inc., including but not limited to any parent, predecessor or subsidiary thereof.

**RESPONSE:**

27.    Any and all License Agreements entered into between Epic and Auran Games Pty Limited, including but not limited to any parent, predecessor or subsidiary thereof.

**RESPONSE:**

28.    Any and all correspondence, memoranda, emails and/or other documents referring or relating to any License Agreements entered into between Epic and Auran Games Pty Limited, including but not limited to any parent, predecessor or subsidiary thereof.

**RESPONSE:**

29.    Any and all License Agreements entered into between Epic and BioWare Corp.,
including but not limited to any parent, predecessor or subsidiary thereof

**RESPONSE:**


30.    Any and all correspondence, memoranda, emails and/or other documents referring
or relating to any License Agreements entered into between Epic and BioWare Corp., including
but not limited to any parent, predecessor or subsidiary thereof

**RESPONSE:**


31.    Any and all License Agreements entered into between Epic and Electronic Arts,
including but not limited to any parent, predecessor or subsidiary thereof.

**RESPONSE:**


32.    Any and all correspondence, memoranda, emails and/or other documents referring
or relating to any License Agreements entered into between Epic and Electronic Arts, including
but not limited to any parent, predecessor or subsidiary thereof.

**RESPONSE:**


33.    Any and all License Agreements entered into between Epic and Spark Unlimited,
including but not limited to any parent, predecessor or subsidiary thereof.

**RESPONSE:**

34.     Any and all correspondence, memoranda, emails and/or other documents referring or relating to any License Agreements entered into between Epic and Spark Unlimited, including but not limited to any parent, predecessor or subsidiary thereof.

**RESPONSE:**

35.     Any and all License Agreements entered into between Epic and Kaos Studios, including but not limited to any parent, predecessor or subsidiary thereof.

**RESPONSE:**

36.     Any and all correspondence, memoranda, emails and/or other documents referring or relating to any License Agreements entered into between Epic and Kaos Studios, including but not limited to any parent, predecessor or subsidiary thereof.

**RESPONSE:**

37.     Any and all License Agreements entered into between Epic and High Moon Studios, including but not limited to any parent, predecessor or subsidiary thereof.

**RESPONSE:**

38.     Any and all correspondence, memoranda, emails and/or other documents referring or relating to any License Agreements entered into between Epic and High Moon Studios, including but not limited to any parent, predecessor or subsidiary thereof.

**RESPONSE:**

39.     Any and all License Agreements entered into between Epic and Sony America, including but not limited to any parent, predecessor or subsidiary thereof.

**RESPONSE:**

40.     Any and all correspondence, memoranda, emails and/or other documents referring or relating to any License Agreements entered into between Epic and Sony America, including but not limited to any parent, predecessor or subsidiary thereof.

**RESPONSE:**

41.     Any and all License Agreements entered into between Epic and Webzen, Inc., including but not limited to any parent, predecessor or subsidiary thereof

**RESPONSE:**

41.     Any and all correspondence, memoranda, emails and/or other documents referring or relating to any License Agreements entered into between Epic and Webzen, Inc., including but not limited to any parent, predecessor or subsidiary thereof

**RESPONSE:**

42.     Any and all License Agreements entered into between Epic and Propaganda Games, including but not limited to any parent, predecessor or subsidiary thereof.

**RESPONSE:**

43.    Any and all correspondence, memoranda, emails and/or other documents referring or relating to any License Agreements entered into between Epic and Propaganda Games, including but not limited to any parent, predecessor or subsidiary thereof.

**RESPONSE:**

44.    Any and all License Agreements entered into between Epic and Artificial Studios, Inc., including but not limited to any parent, predecessor or subsidiary thereof

**RESPONSE:**

45.    Any and all correspondence, memoranda, emails and/or other documents referring or relating to any License Agreements entered into between Epic and Artificial Studios, Inc., including but not limited to any parent, predecessor or subsidiary thereof.

**RESPONSE:**

46.    Any and all License Agreements entered into between Epic and Gearbox Software, including but not limited to any parent, predecessor or subsidiary thereof.

**RESPONSE:**

47.    Any and all correspondence, memoranda, emails and/or other documents referring or relating to any License Agreements entered into between Epic and Gearbox Software, including but not limited to any parent, predecessor or subsidiary thereof.

**RESPONSE:**

48.    Any and all License Agreements entered into between Epic and Vogster
Entertainment, including but not limited to any parent, predecessor or subsidiary thereof.

**RESPONSE:**

49.    Any and all correspondence, memoranda, emails and/or other documents referring
or relating to any License Agreements entered into between Epic and Vogster Entertainment,
including but not limited to any parent, predecessor or subsidiary thereof.

**RESPONSE:**

50.    Any and all License Agreements entered into between Epic and Streamline
Studios, including but not limited to any parent, predecessor or subsidiary thereof.

**RESPONSE:**

51.    Any and all correspondence, memoranda, emails and/or other documents referring
or relating to any License Agreements entered into between Epic and Streamline Studios,
including but not limited to any parent, predecessor or subsidiary thereof.

**RESPONSE:**

52.    Any and all License Agreements entered into between Epic and Virtual Toys,
including but not limited to any parent, predecessor or subsidiary thereof.

**RESPONSE:**

53.   Any and all correspondence, memoranda, emails and/or other documents referring or relating to any License Agreements entered into between Epic and Virtual Toys, including but not limited to any parent, predecessor or subsidiary thereof.

**RESPONSE:**

54.   Any and all License Agreements entered into between Epic and Konami, including but not limited to any parent, predecessor or subsidiary thereof.

**RESPONSE:**

55.   Any and all correspondence, memoranda, emails and/or other documents referring or relating to any License Agreements entered into between Epic and Konami, including but not limited to any parent, predecessor or subsidiary thereof.

**RESPONSE:**

56.   Any and all License Agreements entered into between Epic and Trilogy Studios, including but not limited to any parent, predecessor or subsidiary thereof.

**RESPONSE:**

57.   Any and all correspondence, memoranda, emails and/or other documents referring or relating to any License Agreements entered into between Epic and Trilogy Studios, including but not limited to any parent, predecessor or subsidiary thereof.

**RESPONSE:**

58.    Any and all License Agreements entered into between Epic and 10TACLE
Studios, including but not limited to any parent, predecessor or subsidiary thereof.

**RESPONSE:**

59.    Any and all correspondence, memoranda, emails and/or other documents referring
or relating to any License Agreements entered into between Epic and 10TACLE Studios,
including but not limited to any parent, predecessor or subsidiary thereof.

**RESPONSE:**

60.    Any and all License Agreements entered into between Epic and NAMCO
BANDAI Games America, Inc., including but not limited to any parent, predecessor or
subsidiary thereof.

**RESPONSE:**

61.    Any and all correspondence, memoranda, emails and/or other documents referring
or relating to any License Agreements entered into between Epic and NAMCO BANDAI Games
America, Inc., including but not limited to any parent, predecessor or subsidiary thereof.

**RESPONSE:**

62.    Any and all License Agreements entered into between Epic and Hi-Rez Studios,
including but not limited to any parent, predecessor or subsidiary thereof.

**RESPONSE:**

63.     Any and all correspondence, memoranda, emails and/or other documents referring or relating to any License Agreements entered into between Epic and Hi-Rez Studios, including but not limited to any parent, predecessor or subsidiary thereof.

**RESPONSE:**

64.     Any and all License Agreements entered into between Epic and N-FUSION Interactive LLC, including but not limited to any parent, predecessor or subsidiary thereof.

**RESPONSE:**

65.     Any and all correspondence, memoranda, emails and/or other documents referring or relating to any License Agreements entered into between Epic and N-FUSION Interactive LLC, including but not limited to any parent, predecessor or subsidiary thereof.

**RESPONSE:**

66.     Any and all License Agreements entered into between Epic and Zero Point Software, including but not limited to any parent, predecessor or subsidiary thereof.

**RESPONSE:**

67.     Any and all correspondence, memoranda, emails and/or other documents referring or relating to any License Agreements entered into between Epic and Zero Point Software, including but not limited to any parent, predecessor or subsidiary thereof.

**RESPONSE:**

68.     Any and all License Agreements entered into between Epic and Mistwalker, including but not limited to any parent, predecessor or subsidiary thereof.

**RESPONSE:**

69.     Any and all correspondence, memoranda, emails and/or other documents referring or relating to any License Agreements entered into between Epic and Mistwalker, including but not limited to any parent, predecessor or subsidiary thereof.

**RESPONSE:**

70.     Any and all License Agreements entered into between Epic and ACONY, including but not limited to any parent, predecessor or subsidiary thereof.

**RESPONSE:**

71.     Any and all correspondence, memoranda, emails and/or other documents referring or relating to any License Agreements entered into between Epic and ACONY, including but not limited to any parent, predecessor or subsidiary thereof.

**RESPONSE:**

72.     Any and all License Agreements entered into between Epic and Naked Sky, including but not limited to any parent, predecessor or subsidiary thereof.

**RESPONSE:**

73.    Any and all correspondence, memoranda, emails and/or other documents referring or relating to any License Agreements entered into between Epic and Naked Sky, including but not limited to any parent, predecessor or subsidiary thereof.

**RESPONSE:**

74.    Any and all License Agreements entered into between Epic and Zombie Studios, including but not limited to any parent, predecessor or subsidiary thereof.

**RESPONSE:**

75.    Any and all correspondence, memoranda, emails and/or other documents referring or relating to any License Agreements entered into between Epic and Zombie Studios, including but not limited to any parent, predecessor or subsidiary thereof.

**RESPONSE:**

76.    Any and all License Agreements entered into between Epic and Bethesda Softworks, including but not limited to any parent, predecessor or subsidiary thereof.

**RESPONSE:**

77.    Any and all correspondence, memoranda, emails and/or other documents referring or relating to any License Agreements entered into between Epic and Bethesda Softworks, including but not limited to any parent, predecessor or subsidiary thereof.

**RESPONSE:**

78.    Any and all License Agreements entered into between Epic and Cheyenne Mountain Entertainment, including but not limited to any parent, predecessor or subsidiary thereof.

**RESPONSE:**

79.    Any and all correspondence, memoranda, emails and/or other documents referring or relating to any License Agreements entered into between Epic and Cheyenne Mountain Entertainment, including but not limited to any parent, predecessor or subsidiary thereof.

**RESPONSE:**

80.    Any and all License Agreements entered into between Epic and MGM Interactive, including but not limited to any parent, predecessor or subsidiary thereof.

**RESPONSE:**

81.    Any and all correspondence, memoranda, emails and/or other documents referring or relating to any License Agreements entered into between Epic and MGM Interactive, including but not limited to any parent, predecessor or subsidiary thereof.

**RESPONSE:**

82.    Any and all License Agreements entered into between Epic and Square Enix, including but not limited to any parent, predecessor or subsidiary thereof.

**RESPONSE:**

83.    Any and all correspondence, memoranda, emails and/or other documents referring or relating to any License Agreements entered into between Epic and Square Enix, including but not limited to any parent, predecessor or subsidiary thereof.

**RESPONSE:**

84.    Any and all License Agreements entered into between Epic and Tigon Studios, including but not limited to any parent, predecessor or subsidiary thereof.

**RESPONSE:**

85.    Any and all correspondence, memoranda, emails and/or other documents referring or relating to any License Agreements entered into between Epic and Tigon Studios, including but not limited to any parent, predecessor or subsidiary thereof

**RESPONSE:**

86.    Any and all License Agreements entered into between Epic and Kuju Entertainment, including but not limited to any parent, predecessor or subsidiary thereof.

**RESPONSE:**

87.    Any and all correspondence, memoranda, emails and/or other documents referring or relating to any License Agreements entered into between Epic and Kuju Entertainment, including but not limited to any parent, predecessor or subsidiary thereof.

**RESPONSE:**

88.    Any and all License Agreements entered into between Epic and Ghostlight, including but not limited to any parent, predecessor or subsidiary thereof.

**RESPONSE:**

89.    Any and all correspondence, memoranda, emails and/or other documents referring or relating to any License Agreements entered into between Epic and Ghostlight, including but not limited to any parent, predecessor or subsidiary thereof.

**RESPONSE:**

90.    Any and all License Agreements entered into between Epic and Buena Vista, including but not limited to any parent, predecessor or subsidiary thereof.

**RESPONSE:**

91.    Any and all correspondence, memoranda, emails and/or other documents referring or relating to any License Agreements entered into between Epic and Buena Vista, including but not limited to any parent, predecessor or subsidiary thereof.

**RESPONSE:**

92.    Any and all License Agreements entered into between Epic and the United States Army.

**RESPONSE:**

93.    Any and all correspondence, memoranda, emails and/or other documents referring or relating to any License Agreements entered into between Epic and the United States Army.

**RESPONSE:**

94.    Any and all License Agreements entered into between Epic and Echelon Studios, including but not limited to any parent, predecessor or subsidiary thereof.

**RESPONSE:**

95.    Any and all correspondence, memoranda, emails and/or other documents referring or relating to any License Agreements entered into between Epic and Echelon Studios, including but not limited to any parent, predecessor or subsidiary thereof.

**RESPONSE:**

96.    Any and all License Agreements entered into between Epic and Recoil Games, including but not limited to any parent, predecessor or subsidiary thereof.

**RESPONSE:**

97.    Any and all correspondence, memoranda, emails and/or other documents referring or relating to any License Agreements entered into between Epic and Recoil Games, including but not limited to any parent, predecessor or subsidiary thereof.

**RESPONSE:**

98.     Any and all License Agreements entered into between Epic and 3D Realms Entertainment, including but not limited to any parent, predecessor or subsidiary thereof.

**RESPONSE:**

99.     Any and all correspondence, memoranda, emails and/or other documents referring or relating to any License Agreements entered into between Epic and 3D Realms Entertainment, including but not limited to any parent, predecessor or subsidiary thereof.

**RESPONSE:**

100.    Any and all License Agreements entered into between Epic and Wideload Games, including but not limited to any parent, predecessor or subsidiary thereof.

**RESPONSE:**

101     Any and all correspondence, memoranda, emails and/or other documents referring or relating to any License Agreements entered into between Epic and Wideload Games, including but not limited to any parent, predecessor or subsidiary thereof.

**RESPONSE:**

102.    Any and all License Agreements entered into between Epic and Tragnarion Studios, including but not limited to any parent, predecessor or subsidiary thereof.

**RESPONSE:**

103. Any and all correspondence, memoranda, emails and/or other documents referring or relating to any License Agreements entered into between Epic and Tragnarion Studios, including but not limited to any parent, predecessor or subsidiary thereof.

**RESPONSE:**

104. Any and all License Agreements entered into between Epic and Big Huge Games, Inc., including but not limited to any parent, predecessor or subsidiary thereof.

**RESPONSE:**

105. Any and all correspondence, memoranda, emails and/or other documents referring or relating to any License Agreements entered into between Epic and Big Huge Games, Inc.

**RESPONSE:**

106. Any and all License Agreements entered into between Epic and Wild Tangent, Inc., including but not limited to any parent, predecessor or subsidiary thereof.

**RESPONSE:**

107. Any and all correspondence, memoranda, emails and/or other documents referring or relating to any License Agreements entered into between Epic and Wild Tangent, Inc., including but not limited to any parent, predecessor or subsidiary thereof.

**RESPONSE:**

108.    Any and all License Agreements entered into between Epic and any person or entity other than those identified in Document Requests Nos. 1-100 above,

**RESPONSE:**

109.    Any and all correspondence, memoranda, emails and/or other documents referring or relating to any License Agreements entered into between Epic and any person or entity other than those identified in Document Requests Nos. 1-100 above.

**RESPONSE:**

110.    Any and all documents referenced in any response by Epic to any interrogatory propounded by Silicon Knights.

**RESPONSE:**

111.    To the extent not produced in response to the foregoing requests, any and all correspondence, memoranda, emails and/or other documents referring or relating to any complaints, including but not limited to any formal complaints filed in lawsuits, by any person or entity regarding a Licensing Agreement entered between Epic and such person or entity.

**RESPONSE:**

112.    Documents sufficient to identify each and every person at Epic who participated in the design and development of Unreal Engine 3 for the Xbox360.

**RESPONSE:**

113.    Documents sufficient to identify each and every person at Epic who provided

technical support to the licensees of Unreal Engine 3 for use of the Unreal Engine 3 on the Xbox360.

**RESPONSE:**


114.    Documents sufficient to identify each and every person at Epic who participated in the design and development of Unreal Engine 3 for the Playstation3.

**RESPONSE:**


115.    Documents sufficient to identify each and every person at Epic who provided technical support to the licensees of Unreal Engine 3 for use of Unreal Engine 3 on the Playstation3.

**RESPONSE:**


116.    Documents sufficient to identify each and every person at Epic who participated in the design and development of Unreal Engine 3 for the PC.

**RESPONSE:**


117.    Documents sufficient to identify each and every person at Epic who provided technical support to the licensees of Unreal Engine 3 for use of Unreal Engine 3 for the PC.

**RESPONSE:**


118.    Documents sufficient to identify each and every person at Epic involved in determining what software is included in Epic's Integrated Partners Program.

**RESPONSE:**

119.   A working and up to date copy of Epic's source management database (otherwise known as source control system or content versioning system) with all present versions and past revisions of Unreal Engine 3 and for Epic's game *Unreal Tournament 3* for the Playstation 3, including, but not limited to source files, catalog files, database logs and indices.

**RESPONSE:**

120.   A working and up to date copy of Epic's source management database (otherwise known as source control system or content versioning system) with all present versions and past revisions of Unreal Engine 3 and for Epic's game *Unreal Tournament 3* for the PC, including, but not limited to source files, catalog files, database logs and indices.

**RESPONSE:**

121.   A working and up to date copy of Epic's source management database (otherwise known as source control system or content versioning system) with all present versions and past revisions of Unreal Engine 3 and for Epic's game *Gears of War* for the Xbox360, including, but not limited to source files, catalog files, database logs and indices.

**RESPONSE:**

122.   A working and up to date copy of Epic's source management database (otherwise known as source control system or content versioning system) with all present versions and past revisions of Unreal Engine 3 and for Epic's game *Gears of War* for the PC, including, but not limited to source files, catalog files, database logs and indices.

**RESPONSE:**

123.   All game content, auxiliary libraries, and necessary tools to be able to run and test all present versions and past revisions of Unreal Engine 3 and Epic's game *Gears of War* of the Xbox360.

**RESPONSE:**

124.   All game content, auxiliary libraries, and necessary tools to be able to run and test all present versions and past revisions of Unreal Engine 3 and Epic's game *Gears of War* of the PC.

**RESPONSE:**

125.   All game content, auxiliary libraries, and necessary tools to be able to run and test all present versions and past revisions of Unreal Engine 3 and Epic's game *Unreal Tournament 3* on the Playstation 3.

**RESPONSE:**

126.   All game content, auxiliary libraries, and necessary tools to be able to run and test all present versions and past revisions of Unreal Engine 3 and Epic's game *Unreal Tournament 3* on the PC.

**RESPONSE:**

127.   All communications and documents relating to Epic's use of the Unreal Engine 3 in the design or development of *Gears of War* on any platform.

**RESPONSE:**

128.    All communications and documents relating to Epic's use of the Unreal Engine 3 in the design or development of *Unreal Tournament 3* on any platform.

**RESPONSE:**

129.    All documents reflecting plans or strategies for the design or development of Unreal Engine 3.

**RESPONSE:**

130.    All documents submitted by Epic to the United States Copyright Office relating to Epic's attempt to obtain Copyright Registration TXu-001-191-809, Copyright Registration TXu001-258-266, Copyright Registration TXu001-282-154, Copyright Registration TXu001-310-876, Copyright Registration TXu001-320-035, and Copyright Registration TXu001-337-185.

**RESPONSE:**

131.    All communications – and all documents relating thereto – between Epic and all licensees of Unreal Engine 3 relating to the use of Unreal Engine 3.

**RESPONSE:**

132.    All communication – and all documents relating thereto – relating to Epic's release of any game code for *Gears of War* on the Unreal Developer's Network.

**RESPONSE:**

133.    All documents reflecting Epic's plans or strategies to provide support for the

licensees of Unreal Engine 3.

**RESPONSE:**


134.    All documents relating to all "Enhancements" – as that term is used in the license agreement for any and all of the Unreal Engines – of the Unreal Engines by any licensees of the Unreal Engines.

**RESPONSE:**


135.    All documents relating to the Integrated Partners Program.

**RESPONSE:**


136.    Any and all License Agreements entered into between Epic and Sega of America, including but not limited to any parent, predecessor or subsidiary thereof.

**RESPONSE:**


137.    Any and all correspondence, memoranda, emails and/or other documents referring or relating to any License Agreements entered into between Epic and Sega of America, including but not limited to any parent, predecessor or subsidiary thereof.

**RESPONSE:**

Dated:  November 19, 2007

Hayden J. Silver III (NC State Bar No. 10037)
jaysilver@kilpatrickstockton.com
Betsy Cooke (NC State Bar 25353)
bcooke@kilpatrickstockton.com
KILPATRICK STOCKTON LLP
3737 Glenwood Avenue, Suite 400
Raleigh, NC  27612
Telephone:  (919) 420-1711
Facsimile:  (919) 510-6136

Christopher T. Holland (CA State Bar No. 164053)
Garth A. Rosengren (CA State Bar No. 215732)
KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP
114 Sansome Street, 4th Floor
San Francisco, CA  94104
Telephone:  (415) 249-8330
Facsimile:  (415) 249-8333

*Attorneys for Plaintiff*
*SILICON KNIGHTS, INC.*

## CERTIFICATE OF SERVICE

This is to certify that on this date the foregoing document was hand delivered to counsel

of record as follows:

> Douglas W. Kenyon
> Robert C. Van Arnam
> Hunton & Williams LLP
> One Bank of America Plaza, Suite 1400
> 421 Fayetteville Street
> Raleigh, NC 27601

This the 19th day of November, 2007.

_____
Betsy Cooke

KILPATRICK STOCKTON LLP
3737 Glenwood Avenue, Suite 400
Raleigh, North Carolina 27612
Telephone: (919) 420-1700

US2000 10403968.1