UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SILICON KNIGHTS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | No. 08 C 782 |
| | ) | |
| v. | ) | Judge Robert W. Gettleman |
| | ) | |
| EPIC GAMES, INC., | ) | Magistrate Judge Sidney I. Schenkier |
| | ) | |
| Defendant. | ) | |

**DECLARATION OF DANIEL KONIECZNY IN SUPPORT OF SILICON KNIGHTS'
OPPOSITION TO MIDWAY GAMES' MOTION TO QUASH ITS SUBPOENA**

I, Daniel Konieczny, declare as follows:

1. I am an attorney with the law firm of Tabet DiVito & Rothstein LLC, one of the counsel of record for Silicon Knights, Inc. in this matter. I have personal knowledge of the facts set forth in this affidavit and can testify to them if called upon to do so.

2. Attached hereto as Exhibit A is a true and correct copy of the redacted license agreement between Epic Games, Inc. and Midway Home Entertainment, filed in connection with Midway Games, Inc.'s 10-Q statement with the SEC.

3. Attached hereto as Exhibit B is a true and correct copy of the Complaint filed in *Silicon Knights, Inc. v. Epic Games, Inc.*, No. 07-00275, in the United States District Court for the Eastern District of North Carolina.

4. Attached hereto as Exhibit C is a true and correct copy of Defendant Epic Games, Inc.'s Amended Answer to the Complaint referenced above in paragraph 3.

5. Attached hereto as Exhibit D is a true and correct copy of Defendant Epic Games, Inc.'s Counterclaim in the case referenced above in paragraph 3.

6. Attached hereto as Exhibit E is a true and correct copy of Plaintiff Silicon Knights, Inc.'s Reply to the Counterclaim referenced above in paragraph 5.

7. Attached hereto as Exhibit F is a true and correct copy of the cover letter, subpoena, document requests and protective order issued by Silicon Knights, Inc. and sent to Midway Games, Inc., at issue in this motion.

8. Attached hereto as Exhibit G is a true and correct copy of the proof of service for that subpoena.

9. Attached hereto as Exhibit H is a true and correct copy of a letter dated March 3, 2008 to Gerald O. Sweeney, Jr. from Daniel I. Konieczny.

10. Attached hereto as Exhibit I is a true and correct copy of a letter dated March 6, 2008 to Gerald O. Sweeney, Jr. from Daniel I. Konieczny.

11. Attached hereto as Exhibit J is a true and correct copy of the Protective Order entered in *Silicon Knights, Inc. v. Epic Games, Inc.*, No. 07-00275, in the United States District Court for the Eastern District of North Carolina.

12. Attached hereto as Exhibit K is a true and correct copy of an article regarding Midway's financial situation printed from http://kotaku.com on April 2, 2008.

13. Attached hereto as Exhibit L is a true and correct copy of an article regarding Midway's problems with the Unreal Engine printed from http://www.gamespot.com dated October 2, 2007.

I declare under penalty of perjury under the laws of the State of Illinois and the United States that the foregoing is true and correct.

Executed this 4th day of April, 2008 in Chicago, Illinois.

/s/ Daniel I. Konieczny