# EXHIBIT D

THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

5-07-CV-00275-D

| | |
|---|---|
| SILICON KNIGHTS, INC., An Ontario (Canada) Corporation, Case 5:07-cv-00275-D   Document 8   Filed 08/08/2007   Page 1 of 17 Plaintiff, v. EPIC GAMES, INC., a North Carolina Company, Defendant. | |

## COUNTERCLAIM

Defendant - Counterclaim Plaintiff, Epic Games, Inc. ("Epic"), for its Counterclaim against Plaintiff - Counterclaim Defendant Silicon Knights, Inc. ("Silicon Knights"), states as follows:

### Nature of the Case

In late Spring or early Summer of 2004, Silicon Knights asked Epic for permission to evaluate Epic's Unreal Engine 3 – then in the early stages of development – for possible use in creating its own computer games. Following nine months of evaluation, which was free of charge and included unrestricted access to Unreal Engine 3, Epic's other Licensed Technology, and Epic's developer support systems, Silicon Knights committed to the License Agreement with Epic. Regrettably, thereafter, Silicon Knights decided to misappropriate Epic's Licensed Technology. Silicon Knights' lawsuit, which lacks factual or legal merit, is part of that plan. Indeed, the plain language of the Silicon Knights' Complaint makes clear that Silicon Knights wants to take Epic's Licensed Technology, pay nothing for it, and use it any way it pleases.

1

Silicon Knights' Complaint also makes clear that Silicon Knights is taking aggressive action designed to make its plan a reality. This Counterclaim setting forth claims for copyright infringement, breach of contract, misappropriation of trade secrets, and for the imposition of a constructive trust, results from Silicon Knights' wrongful conduct, which is continuing. As set forth below, Epic seeks injunctive relief, compensatory and punitive damages, the destruction of infringing goods, including infringing computer code, and attorney's fees and costs.

Case 5:07-cv-00275-D   Document 8   Filed 08/08/2007   Page 2 of 17

### The Parties

1. Epic is a Maryland corporation with its principal place of business in Cary, North Carolina.

2. Silicon Knights is an Ontario corporation with its principal place of business in Ontario, Canada.

### Jurisdiction and Venue

3. This case arises under the laws of the United States, including without limitation the copyright laws, 17 U.S.C. § 101 *et seq.*, with pendent claims arising under the laws of the State of North Carolina. This Court has jurisdiction under several sections of the United States Code including 28 U.S.C. §§ 1331, 1332, 1338 and 1367. Venue is proper under 28 U.S.C. § 1391.

### General Factual Allegations

4. Epic is, and since 1991 has been, engaged in the business of designing, developing, and publishing computer games. Over the years, Epic has earned a well-deserved reputation for the development of extremely popular, cutting-edge games. These games include *Unreal, Unreal Championship, Unreal Championship 2, Unreal Tournament, Unreal Tournament 2003, Unreal Tournament 2004,* and, most recently, *Gears of War.*

2

5.      In addition to developing computer games, Epic also creates and licenses game development tools, specifically game engines. A game engine consists of computer code that is used for game development. Intended to be compatible with specific hardware consoles, such as the Xbox 360 (formerly Xbox 2) and PlayStation 3, game engines often contain a "rendering engine" for creating two and three-dimensional graphics, a "physics engine" for simulating the interactions of virtual physical objects in the world, and other components relating to sound, scripting, animation, artificial intelligence, and networking.

Case 5:07-cv-00275-D   Document 8   Filed 08/08/2007   Page 3 of 17

6.      While game engines have an efficiency-enhancing role in game development, they are not games. Game engines merely facilitate the process of making games. Thus, they are neither "plug and play" solutions to development problems nor the creative content of a game. The same engine can be, and frequently is, used in the creation of many different games, often by different game developers.

7.      While some companies develop game engines in isolation, Epic and other engine developers create engines in conjunction with the development of their own games. Isolated engine development is, in Epic's experience, not the most effective way to create cutting-edge engines. By employing its synergistic model, as it has always done, Epic ensures that its engines are enhanced by the application of knowledge gleaned from its actual game development. Consequently, Epic is able to update its engines on an almost constant basis, thus making them better and more valuable to itself and its licensees. At all relevant times, Silicon Knights knew and understood Epic's development practices.

8.      In 1998, Epic released its critically acclaimed game engine - - the Unreal Engine - - in conjunction with the development of its *Unreal* game. Since then, Epic has created its Unreal Engine 2 and Unreal Engine 3, both in conjunction with its development of additional

3

games. Because development of game engines and games themselves are iterative processes, advances in both result from trial and error. Not surprisingly, therefore, Epic's game engines are, and consistently have become, updated frequently.

9.  Following the publication of its *Unreal* game, Epic began licensing its Unreal Engine to other developers. Over the years, numerous developers, large and small, have used the Unreal Engine to build their games. These games include:

Unreal Engine
*Harry Potter and the Chamber of Secrets*
*Harry Potter and the Sorcerer's Stone*
*Star Trek: Deep Space Nine: The Fallen*
*Star Trek: The Next Generation: Klingon Honor Guard*

Unreal Engine 2
*Brothers In Arms: Road to Hill 30*
*Brothers in Arms: Earned in Blood*
*Brothers in Arms: D-Day*
*Brothers in Arms: Double Time*
*Harry Potter and the Prisoner of Azkaban*
*Star Wars: Republic Commando*
*Tom Clancy's Rainbow Six: Athena Sword*
*Tom Clancy's Rainbow Six: Black Arrow*
*Tom Clancy's Rainbow Six: Raven Shield*
*Tom Clancy's Splinter Cell*
*Tom Clancy's Splinter Cell: Pandora Tomorrow*
*Tom Clancy's Splinter Cell: Chaos Theory*
*Tom Clancy's Splinter Cell: Double Agent*
*Tom Clancy's Splinter Cell: Essentials*
*Tom Clancy's Splinter Cell: Conviction*
*Tom Clancy's Ghost Recon 2*
*Tom Clancy's Ghost Recon Advanced Warfighter*

Unreal Engine 3
*Tom Clancy's Rainbow Six: Vegas*
*Monster Madness: Battle for SuburbiaRoboBlitz*
*Undertow* (Anticipated release: Q3 2007)
*Brothers In Arms: Hell's Highway* (Anticipated release: Q4 2007)
*BioShock* (Anticipated release: Q3 2007)
*BlackSite: Area 51* (Xbox 360 demo released - Anticipated release: Q3 2007)
*Fury* (Xbox 360 demo released - Anticipated release: Q4 2007)
*Mass Effect* (Anticipated release: Q4 2007)

4

*Medal of Honor: Airborne* (Anticipated Xbox 360 and PC release: Q3 2007. Anticipated PlayStation 3 release: Q4 2007)
*Stranglehold* (Anticipated Xbox 360 demo released - Anticipated Xbox 360, PC and PS3 release: Q3 2007)
*Turning Point: Fall of Liberty* (Anticipated release: Q4 2007)

10. Epic developed its Unreal Engine 3 to facilitate the creation of games to be played on some of the most current and widely used game consoles, including the Xbox 360 and PlayStation 3. Building on the previous versions of the Unreal Engine, Unreal Engine 3 represents advanced technology. Indeed, Unreal Engine 3 has won Game Developer Magazine's Best Game Engine Award three years in a row - - in 2004, 2005 and 2006.

11. In addition to the awards for Epic's Unreal Engine 3 technology, the games built using that technology have won numerous prestigious awards at videogame industry's premier tradeshow, E3, and at other events. These include the following:

| Game | Developer | Awards |
| --- | --- | --- |
| BioShock | Irrational Games | Game Critics Awards: Best of E3 2007 - Best Action/Adventure Game |
| | | IGN Best of E3 2006: Game of the Show |
| | | IGN Best of E3 2007: Best PC Artistic Design |
| | | IGN Best of E3 2007: Best PC Game |
| | | GameSpot E3 2006 Editor's Choice Award: Game of the Show |
| | | GameSpy Best of E3 2006: Best of Show |
| | | GameSpy Best of E3 2007: Best of Show |
| | | GameSpy Best of E3 2007: PC Best of Show |
| | | GameSpy Best of E3 2007: Xbox 360 Best of Show |
| Huxley | Webzen | IGN Best of E3 2006: Best Persistent World Game |
| Mass Effect | BioWare | Game Critics Awards: Best of E3 2006 - Best Role Playing Game |
| | | Game Critics Awards: Best of E3 2007 - Best Console Game |
| | | Game Critics Awards: Best of E3 2007 - Best Role Playing Game |
| | | IGN Best of E3 2007: Game of the Show |
| | | IGN Best of E3 2007: Best Xbox 360 Game |

5

| | | |
|---|---|---|
| | | 1UP.com Best of E3 2006: Best Xbox 360 Game |
| | | TeamXbox Best of E3 2006: Best Xbox 360 Game |
| | | TeamXbox Best of E3 2006: Best Role Playing Game |
| | | GameSpy Best of E3 2006: Best Role Playing Game |
| | | 2007 Game Critics Awards: <u>Best Role Playing Game: E3 2007</u> |
| | | 2007 Game Critics Awards: <u>Best Console Game: E3 2007</u> |
| | | IGN Best in Show E3 2007: Game of the Show |
| | | CVG Game of E3 2007: Best Game of E3 |
| | | ShackNews Best of E3 2007: Best of E3 |
| | | Evil Avatar E3 207 Game of the Show: |
| | | TeamXbox Winner: Best RPG: |
| | | Meristation Best of E3 2007: Game of the Show |
| | | CinemaBlend Games Winner: Best Overall Game |
| | | Kotaku Best RPG |
| | | IGN Best 360 Game E3 2007 |
| | | GameDaily Winner: Best RPG |
| | | PressStart Blog Best of E3 2006 Awards: Best of Show 360 |
| | | TeamXbox Best of E3 2006 Awards: Best RPG |
| | | PressStart Best of E3 2006 Awards: Best of Show RPG |
| | | PressStart Best of E3 2006 Awards: Best of Show |
| | | TeamXbox Best of E3 2006 Awards: Best Xbox 360 Game |
| | | IGN Best of E3 2006 Awards: Best Technological Excellence (Runner Up) |
| | | Game Critics Awards Best of E3 2006: Best Role Playing Game of Show |
| | | Amazon.com Best of E3 2006: Editor's Pick: The Best of the Best: Favorite Pick |
| | | 1UP.com Best of E3 2006 Awards: Best 360 Game |
| | | Salt Lake Tribune Best of E3 2006: Top 10 Games of E3 |
| | | Xbox Evolved Best of E3 2006: Top 10 Games of E3 |
| | | The Mercury News Best of E3 2006: Top 10 Games of E3 |
| | | Team Xbox Best of E3 2006 Awards: Best Sound (Runner Up) |
| | | IGN Xbox 360 Best of E3 2006 Awards: Best Role-Playing Game (Runner Up) |
| | | Games Radar Best of E3 06: Xbox 360 |
| | | GameHelper Best of E3 06 Awards: Best RPG |
| | | GameSpot: E3 06 Editor's Choice: Best Stage Demo (Finalist) |

Case 5:07-cv-00275-D   Document 8   Filed 08/08/2007   Page 6 of 17

Case 5:07-cv-00275-D   Document 8   Filed 08/08/2007   Page 7 of 17

| | | |
|---|---|---|
| | | Game Spot: E3 06 Editor's Choice: Best RPG (Finalist) |
| | | 1UP.com Best of E3 2006 Awards: Game of Show (Runner Up) |
| | | GameDaily Nod Awards: E3 2006 |
| | | DailyGame Best of E3 2006 Awards: Best of Show: Xbox 360 |
| | | CV Games Best of E3 2006 Awards: Game of the Show |
| | | CV Games Best of E3 2006 Awards: Best of E3 2006 - Microsoft (Runner Up) |
| | | Daily Game Best of E3 2006 Awards: Best of Show: Overall |
| | | Daily Game Best of E3 2006 Awards: RPG Daily Game |
| | | IGN Xbox 360 Best of E3 2006 Awards: Best Overall Xbox 360 Game (Runner Up) |
| | | GameSpot E3 06 Editor's Choice: Best Xbox 360 (Finalist) |
| | | IGN Best of E3 2006 Awards: Game of the Show (Runner Up) |
| | | IGN Xbox 360 Best of E3 2006 Awards: Best Graphics Technology |
| | | IGN Xbox 360 Best of E3 2006 Awards: Best Innovative Design |
| | | IGN Xbox 360 Best of E3 2006 Awards: Best Artistic Design (Runner Up) |
| | | IGN Best of E3 2006 Awards: Console Game of the Show (Runner Up) |
| | | IGN Best of E3 2006 Awards: Best Graphics Technology (Runner Up) |
| | | GameSpy Annual E3 Awards: 2006: Best RPG |
| | | GameSpy Annual E3 Awards: 2006: Top 10 Console Games |
| | | GameTrailers.com Best of E3 2006 Awards: Best Role-Playing Game |
| | | IGN Best of E3 2006 Awards: Best Role-Playing Game (Runner Up) |
| | | 1UP.com Best of E3 2006 Awards: Best RPG (Runner Up) |
| | | Primotech Best of E3 2006: Bronze Award |
| | | Life Teen Best of E3 2006: Best of E3 |

7

| Roboblitz | Naked Sky Entertainment | 2007 Independent Games Festival Awards: GameTap Indie Award (Runner-up) |
|---|---|---|
| Stranglehold | Midway | IGN Best of E3 2006: Best PC Action Game |
| | | IGN Best of E3 2006: Best Xbox 360 Action Game (Runner-up) |
| Tom Clancy's Rainbow Six: Vegas | Ubisoft | IGN Best of E3 2006: Best Overall First Person Shooter |
| | | IGN Best of E3 2006: Best Xbox 360 First Person Shooter |
| | | IGN Best of E3 2006: Best Overall Online Game |
| | | IGN Best of E3 2006: Best Xbox Live Game |

12. Epic's Unreal Engine 3 is a copyrighted work protected by the copyright laws of the United States. Epic owns the copyrights in Unreal Engine 3, and has registered those copyrights in the United States Copyright Office. Epic's copyright registrations (each of which is valid and enforceable) are:

| Name | Registration No. | Previous No. | Description | Creation Date |
|---|---|---|---|---|
| Unreal Engine 3 | TXu-1-191-809 | | Computer Program | 2004 |
| Unreal Engine 3 | TXu-1-258-266 | | Revisions/Additions | 2005 |
| Unreal Engine 3 | TXu-1-282-154 | TXu-1-258-266 | Revisions/Additions | 2005 |
| Unreal Engine 3 | TXu-1-310-876 | TXu-1-258-266 | Revisions/Additions | 2006 |
| Unreal Engine 3 | TXu-1-320-035 | TXu-1-258-266 | Revisions/Additions | 2006 |
| Unreal Engine 3 | TXu-1-337-185 | TXu-1-258-266 | Revisions | 2006 |

13. Silicon Knights is, and since 1992 has been, engaged in the business of designing and developing computer games. In 1996, Silicon Knights released a game playable on the Sony PlayStation and PC platforms. In 2002 and 2004, Silicon Knights released games playable on the Nintendo GameCube.

14. Silicon Knights contacted Epic in the Spring of 2004 and asked to evaluate Unreal Engine 3. On or about August 6, 2004, after protracted negotiations, Epic and Silicon Knights entered into a Mutual Nondisclosure Agreement ("Evaluation Agreement"). Pursuant to the Evaluation Agreement, Epic made available to Silicon Knights, without charge, full access to its

8

confidential Licensed Technology, including all information (engine code, updates, and Epic's Unreal Engine support network known as the "Unreal Developers' Network" ("UDN")) that Epic was licensing to its Unreal Engine 3 licensees. Thus, in accordance with the purpose of the Evaluation Agreement, Epic provided Silicon Knights an unrestricted opportunity to evaluate Unreal Engine 3 in Silicon Knights' actual development environment, to access relevant development databases, to communicate freely with Epic's licensed developers through the UDN, to communicate directly in private settings with Epic's senior management and key developers, and to determine for itself whether it wanted to enter into a commercial license for Unreal Engine 3.

Case 5:07-cv-00275-D   Document 8   Filed 08/08/2007   Page 9 of 17

15.     Silicon Knights evaluated Unreal Engine 3, pursuant to the Evaluation Agreement for almost nine months. During that period, Silicon Knights accessed Epic's UDN support documentation thousands of times. During the period January 1, 2005 through May 9, 2005 (the last day of the evaluation period), Silicon Knights accessed the documentation, including documentation relating to Unreal Engine 2 and Unreal Engine 3, no fewer than 2109 times. Throughout this period, Silicon Knights knew that Epic was developing its Unreal Engine 3 synergistically with its development of *Gears of War*.

16.     On or about May 10, 2005, Epic and Silicon Knights entered into a License Agreement relating to Unreal Engine 3. Execution of the License Agreement followed extensive negotiations between the parties, each of which was represented by counsel. Silicon Knights received a substantial discount off Epic's regular license fee because it promised to use the Unreal Engine 3 exclusively on all of its games configured for the Xbox 360, PlayStation3, and PC platforms. Portions of the License Agreement are attached hereto as Exhibit A. (The entire License Agreement is incorporated by this reference and is being filed separately under seal.).

17. Prior to executing the License Agreement, Silicon Knights knew that certain features of the Unreal Engine 3 were being, and would continue to be, added and developed as Epic continued to work on *Gears of War*. Moreover, Silicon Knights knew when it committed to the License Agreement that the Unreal Engine 3 may not meet its requirements and may not be modified to meet them.

Case 5:07-cv-00275-D   Document 8   Filed 08/08/2007   Page 10 of 17

18. Indeed, during the negotiations of the License Agreement, Silicon Knights proposed that Epic warrant the suitability of the Unreal Engine 3 for use with Silicon Knights' games. Epic rejected that proposal, stating expressly that Epic does not warrant suitability. Silicon Knights accepted Epic's position. Accordingly, as reflected in section 5(b) of the License Agreement, Silicon Knights agreed that Epic's warranties "do not include any warranty (i) that the functions performed by the Unreal Engine… will meet [Silicon Knights'] requirements, nor (ii) that the operation of the Unreal Engine… will be bug free or error free in all circumstances, nor (iii) that any defects in the Unreal Engine… can or will be corrected."

19. In the last substantive clause of the License Agreement, immediately before the signature of its President, Denis Dyack, Silicon Knights also agreed as follows:

> <u>Entire Agreement</u>. This Agreement, including the Exhibits hereto that are incorporated herein by reference, represents the entire understanding of the parties with respect to the subject matter hereof and supersedes all prior representations and agreements, whether oral or written, with respect to the same subject matter.

20. Pursuant to the Evaluation Agreement and the License Agreement, Silicon Knights has had full access to Epic's Licensed Technology (defined in section 1(j) of the License Agreement), including Unreal Engine 3. All Intellectual Property Rights (defined in paragraph 1(i) of the License Agreement) in the Licensed Technology, including the copyrights in the Unreal Engine 3, are owned by Epic.

21.     In paragraphs 21, 57, and 63 of its Complaint, Silicon Knights admits that, at least as early as May 2006, it began developing an engine to compete with the Unreal Engine 3, which it calls the "Silicon Knights Engine."

22.     In paragraph 59 of its Complaint, Silicon Knights admits that the Silicon Knights Engine incorporates Epic's Licensed Technology, including computer code from Unreal Engine 3.

Case 5:07-cv-00275-D   Document 8   Filed 08/08/2007   Page 11 of 17

23.     In paragraph 45 of its Complaint, Silicon Knights admits that it has embarked on the development of a second game, i.e., "Game 2," with Sega. Because Silicon Knights has not complied with the notice and payment provisions relating to Game 2, that game is, by the express terms of the License Agreement, outside the scope of the License Agreement.

24.     In developing the Silicon Knights Engine and Game 2, Silicon Knights has made unauthorized use of Epic's Licensed Technology and has infringed and otherwise violated Epic's Intellectual Property Rights, including Epic's copyrighted works, trade secrets, know how and "Confidential Information" as defined in the License Agreement.

25.     In the weeks and months leading up to the filing of its Complaint, Silicon Knights revisited virtually all of the documentation for Unreal Engine 3 available on Epic's UDN. Silicon Knights' behavior is consistent with an effort to archive documentation for use outside the scope of the License Agreement.

<div align="center">

**First Counterclaim for Relief**
**(Copyright Infringement)**

</div>

26.     Epic incorporates the allegations in paragraphs 1-25 of this Counterclaim. Epic owns and at all relevant times has owned the copyrights in Unreal Engine 3.

27.     Silicon Knights admits in the License Agreement that Epic owns all copyrights in Unreal Engine 3.

28. At all relevant times, Silicon Knights had access to and did use Epic's copyrighted works, including the Unreal Engine 3. Silicon Knights has infringed and continues to infringe Epic's copyrights in Unreal Engine 3 by using Unreal Engine 3 to develop Game 2.

29. Silicon Knights has infringed and continues to infringe Epic's copyrights in Unreal Engine 3 by using Unreal Engine 3 to develop the "Silicon Knights Engine," including by the unauthorized reproduction of Unreal Engine 3 or parts thereof, and by creating unauthorized derivative works based on Unreal Engine 3.

Case 5:07-cv-00275-D   Document 8   Filed 08/08/2007   Page 12 of 17

30. Silicon Knights' infringement has at all times been willful.

31. As a proximate result of Silicon Knights' infringement, Epic has been and will continue to be damaged and irreparably harmed by Silicon Knights' infringing acts.

### Second Counterclaim for Relief
### (Breach of Contract)

32. Epic incorporates the allegations in paragraphs 1-31 of this Counterclaim.

33. Silicon Knights breached the License Agreement by:

    a. Using its SK Engine, or another engine other than Unreal Engine 3, to develop or to attempt to develop one or more games in contravention of section 2(g) of the License Agreement;

    b. Using Epic's know-how, business information and other "Confidential Information" as defined in section 8(a) of the License Agreement without seeking or obtaining Epic's prior express written permission.

    c. Using Epic's Licensed Technology, including Epic's Unreal Engine 3, to develop its own engine, which it refers to as the "Silicon Knights Engine," rather than using Licensed Technology solely for the purpose of game development as required by section 2(a) of the License Agreement;

12

d.  Failing to devote its best efforts to develop a game using Unreal Engine 3, including by creating a culture of isolation and secrecy that effectively precluded meaningful participation in the UDN and by diverting valuable resources from game development with Unreal Engine 3 and toward the writing of game code without Unreal Engine 3.

34. As a proximate result of Silicon Knights' breaches of the License Agreement, Epic has been damaged in an amount to be determined and proven at trial.

Case 5:07-cv-00275-D   Document 8   Filed 08/08/2007   Page 13 of 17

### Third Counterclaim for Relief
### (Misappropriation of Trade Secrets)

35. Epic incorporates the allegations in paragraphs 1-34 of this Counterclaim.

36. Pursuant to the Evaluation Agreement and the License Agreement, Epic provided to Silicon Knights its Licensed Technology.,

37. The Licensed Technology contain business or technical information, or both, including but not limited to a formula, pattern, program, device, compilation of information, method, technique, or process that (i) derives independent actual or potential value from not being generally known or readily ascertainable through independent development or reverse engineering by persons who can obtain economic value from its disclosure or use and (ii) is the subject of efforts that are reasonable under the circumstances to maintain its secrecy.

38. The Licensed Technology is a trade secret pursuant to Evaluation Agreement, the License Agreement, and N.C. Gen. Stat. § 66-152.

39. Silicon Knights knows that the Licensed Technology is a trade secret. Indeed, Silicon Knights admitted in section 6(a) of the License Agreement that Epic owns all "Intellectual Property Rights" (defined to include trade secrets) in the Licensed Technology.

40. Silicon Knights has misappropriated and continues to misappropriate, willfully and maliciously, Epic's trade secrets in violation of N.C. Gen. Stat. § 166-152 *et seq*. and the

common law by using them to create the Silicon Knights Engine and Game 2. To the extent Silicon Knights is using Epic's trade secrets in other ways, currently unknown but unauthorized to Epic, those uses also constitute misappropriation.

41. As a proximate result of Silicon Knights' conduct, Epic has been and will continue to be damaged and irreparably harmed.

### Fourth Counterclaim for Relief
### Constructive Trust

42. Epic incorporates the allegations in paragraphs 1-41 of this Counterclaim.

43. By reason of the Evaluation Agreement and the License Agreement, Silicon Knights obtained an interest in the Licensed Technology.

44. By reason of Silicon Knights' conduct alleged in the First and Third Claims for Relief, it would be inequitable and unjust to allow Silicon Knights to profit from its wrongful acts.

45. Epic is entitled to have a constructive trust impressed upon the property (and any resulting proceeds or profits therefrom) created by Silicon Knights in violation of Epic's Intellectual Property Rights.

### No Adequate Remedy At Law

46. Silicon Knights' wrongful conduct is continuing and Epic has no adequate remedy at law. Accordingly, in addition to an award of compensatory and punitive damages, Epic is entitled to preliminary and permanent injunctive relief.

WHEREFORE, Epic prays that the Court grant it the following relief:

a. As to the First Counterclaim, (i) an award of actual damages and profits or, at Epic's election, statutory damages pursuant to section 504 of the Copyright Act, 15 U.S.C. § 504, (ii) an award of full costs and attorney's fees pursuant to section 505 of the Copyright Act, 15 U.S.C. § 505, (iii) an injunction pursuant to section 502 of the Copyright Act, 15 U.S.C. § 502, and (iv) an order that all infringing code, games, and other articles be destroyed pursuant to section 503 of the Copyright Act, 15 U.S.C. § 503.

b. As to the Second Counterclaim, an award of compensatory damages in an amount to be proven at trial, but in any event in excess of $650,000.

c. As to the Third Counterclaim, an award of compensatory damages, punitive damages, injunctive relief, and attorney's fees pursuant to N.C. Gen. Stat. § 66-154.

d. As to the Fourth Counterclaim, impressing a constructive trust on the property, including the proceeds and profits resulting therefrom created by Silicon Knights in violation of Epic's Intellectual Property Rights.

e. Such other relief, including such other injunctive relief, as the Court deems proper.

f. An award of costs.

Dated: This the 8th day of August, 2007.

        HUNTON & WILLIAMS LLP

        By: /S/ Douglas W. Kenyon
           Douglas W. Kenyon
           N.C. State Bar No. 13242
           Robert C. Van Arnam
           N.C. State Bar No. 28838
           HUNTON & WILLIAMS LLP
           Post Office Box 109
           Raleigh, North Carolina 27602
           Telephone: (919) 899-3000

           William P. Andrews
           N.C. State Bar No. 6484
           Epic Games, Inc.
           620 Crossroads Boulevard
           Cary, N.C. 27518

           *Counsel for Defendant-Counterclaim Plaintiff*
           *Epic Games, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of Epic Games, Inc.'s Counterclaim was served upon the following counsel of record in this action by electronic mail to the addresses below, this 8th day of August, 2007.

<div style="margin-left:2em">

Hayden J. Silver, III, Esq. (jaysilver@kilpatrickstockton.com
N.C. State Bar No. 10035
Betsy Cooke, Esq. (bcooke@kilpatrickstockton.com)
N.C. State Bar No. 25353
KILPATRICK STOCKTON LLP
3737 Glenwood Avenue, Suite #400
Raleigh, N.C. 27612
Telephone: (919) 420-1700
Facsimile: (919) 420-1800

Christopher T. Holland, Esq. (cholland@kksrr.com)
Garth A. Rosengren, Esq. (grosengren@kksrr.com)
KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP
114 Sansome Street, 4th Floor
San Francisco, CA 94104
Telephone: (415) 249-8330
Facsimile: (415) 249-8333

*Attorneys for Plaintiff Silicon Knights, Inc.*

</div>

<div style="margin-left:20em">

/S/ Douglas W. Kenyon
HUNTON & WILLIAMS LLP
421 Fayetteville Street, Suite 1400
Raleigh, N.C. 27601
Counsel for Defendant
Epic Games, Inc.

</div>