# EXHIBIT G

| Attorney or Party without Attorney:<br>ANJALI KUMAR KURANI<br>KRIEG, KELLER, SLOAN, REILLEY & ROMAN<br>114 SANSOME ST., SUITE 400<br>SAN FRANCISCO, CA 94104<br>Telephone No: 415 249-8330     FAX No: 415 249.8333 | For Court Use Only |
| --- | --- |
| Ref. No. or File No.:<br>SILICON KNIGHTS | |

Attorney for: Plaintiff

Insert name of Court, and Judicial District and Branch Court:
United States District Court Northern District Of California

Plaintiff: SILICON KNIGHTS, INC.

Defendant: EPIC GAMES, INC.

| PROOF OF SERVICE<br>SUBPOENA - CIVIL CASE | Hearing Date:<br>Wed, Feb. 06, 2008 | Time:<br>9:00AM | Dept/Div: | Case Number:<br>5:07-CV-00275-D |
| --- | --- | --- | --- | --- |

1). At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUBPOENA IN A CIVIL CASE [PROPOSED] PROTECTIVE ORDER; LETTER DATED JANUARY 16, 2008.

3. a. Party served:           MIDWAY GAMES INC., ATTN. LEGAL DEPARTMENT
   b. Person served:          MIGUEL IRIBARREN, AUTHORIZED TO ACCEPT

4. Address where the party was served:      2704 W. ROSCOE STREET
                                            CHICAGO, IL 60618

5. I served the party:
   a. by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Fri., Jan. 25, 2008 (2) at: 2:08PM
   b. I received this subpoena for service on:      Friday, January 18, 2008

6. Witness fees were not demanded or paid.

7. Person Who Served Papers:                         Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. ROBERT RUSCH                                   d. The Fee for Service was:
                                                     e. I am: Not a Registered California Process Server
   First Legal Support Services
   ATTORNEY SERVICE
   1511 BEVERLY BOULEVARD
   Los Angeles, CA 90026
   (213) 250-1111, FAX (213) 250-1197

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.
   Date: Fri, Feb. 01, 2008

                                                     x _____