# EXHIBIT I

**TABET | DiVito | ROTHSTEIN**

Tabet DiVito & Rothstein LLC
The Rookery Building
209 S. LaSalle St., 7th floor
Chicago, Illinois 60604
312-762-9450 Telephone
312-762-9451 Facsimile
www.tdrlawfirm.com

Writer's direct dial:
(312) 762-9456

Writer's email:
dkonieczny@tdrlawfirm.com

March 6, 2008

***By messenger***

Gerald O. Sweeney, Jr.
Barnes & Thornburg LLP
One North Wacker Drive
Suit 4400
Chicago, IL  60606

   Re: *Silicon Knights, Inc. v. Epic Games, Inc.*, No. 08-cv-00782
      (subpoena directed to Midway Games Inc. by Silicon Knights, Inc.)

Dear Gerald:

  As you know, I am one of the attorneys who represents Silicon Knights in this matter. This is to confirm that Silicon Knights has modified its subpoena to request only the categories of documents set forth in our letter to you dated March 3, 2008, a copy of which is enclosed. That letter restated the proposed modifications we initially sent to you by e-mail at your request on February 7, 2008, two days after Midway filed its motion to quash.

  To clarify, it is our position that the original subpoena was proper, and we have modified the subpoena in an effort to address Midway's concerns and solely for the purpose of resolving this matter as efficiently as possible. We reserve our rights to renew the requests we initially made in the subpoena and to request additional discovery from Midway by all proper means, should that become necessary in the future.

  We are disappointed that, notwithstanding our modifications, Midway apparently intends to pursue a motion to quash on the same grounds on which it initially objected to the subpoena. I believe that in the e-mail that you tried to send to me (which you referred to in open court but which I did not receive), you indicated that you would be willing to discuss this matter in the spirit of compromise. However, as of this date we have received no substantive response to our February 7, 2008 and March 3, 2008 letters, no explanation for why Midway apparently considers the modifications to be inadequate, and no counterproposals from Midway. We urge Midway to reconsider its position so that we may resolve this matter without further court intervention, if at all possible.

  We are available to discuss this matter at any time, should you wish to do so.

**TABET | DIVITO | ROTHSTEIN**

Gerald O. Sweeney
March 6, 2008
Page 2

                                          Very truly yours,

                                          Daniel I. Konieczny

DIK/maslwg
Enclosure


Cc:    Judge Sidney I. Schenkier (by messenger)
        Christopher T. Holland (by e-mail)
        Anjali Kumar Kurani (by e-mail)
        Garth A. Rosengren (by e-mail)