# EXHIBIT K

# Midway Boss Resigns, Board Makes Booty Call



Midway is in some serious trouble. First their VP, CFO, and Treasurer Thomas Powell resigns along with Senior Marketing VP Steve Allison back in January, and now their CEO David F. Zucker is jumping ship, leaving the board scrambling to find a new leader to help guide them out of the hole they've been digging. In the meantime, Senior Vice President of Midway Worldwide Studies David Booty will step in as interim CEO.

> "I am excited to have the opportunity to lead our game teams and talented associates as we roll out our 2008 releases," said Matt Booty. "Our plans include significant front-line releases, ambitious new intellectual properties, reinvigorated franchises with well-established fan bases, and new offerings in the casual games space."

An important employee in the organization since 1991, don't be surprised if Midway decides to tap that Booty for the full time position when the time comes.

> **Matt Booty Named Interim CEO of Midway**
> CHICAGO—(BUSINESS WIRE)—Midway Games Inc. (NYSE:MWY) today announced that Matthew V. Booty has been named Interim Chief Executive Officer and President, and that the company's Board of Directors has commenced a search for a new Chief Executive Officer and President.
>
> "Dynamic new leadership is needed to bring Midway to its full potential," said Shari Redstone, Chair of the Board. "I believe that Midway has the

resources and creative capability to once again be competitive with the best in the videogame business. The Board is confident that a new CEO will be selected who can fully utilize the opportunities presented by this next-generation console cycle to renew Midway's position as a major player in the videogame industry."

Sumner M. Redstone, Chairman of the Board and CEO of National Amusements, Inc., the controlling shareholder of Midway, said, "I look forward to helping Midway's Board choose an outstanding new CEO and I am pleased that we already have some highly qualified candidates in mind. Our new leader must have the proven capabilities and track record to lead Midway and to reclaim its place in the forefront of the fast growing videogame industry."

"I am excited to have the opportunity to lead our game teams and talented associates as we roll out our 2008 releases," said Matt Booty. "Our plans include significant front-line releases, ambitious new intellectual properties, reinvigorated franchises with well-established fan bases, and new offerings in the casual games space."

Mr. Booty has served Midway in progressively more responsible positions since 1991, most recently as Senior Vice President - Worldwide Studios. He succeeds David F. Zucker, who is leaving the company.