UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SILICON KNIGHTS, INC. ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 08 C 782 |
| v. ) | |
| ) | Judge Robert W. Gettleman |
| EPIC GAMES, INC. ) | |
| ) | |
| Defendant. ) | |

**DECLARATION OF ANJALI KUMAR KURANI IN SUPPORT OF SILICON KNIGHTS' OPPOSITION TO MIDWAY GAMES' MOTION TO QUASH ITS SUBPOENA**

I, Anjali Kurani, declare as follows:

1. I am an attorney with the law firm of Krieg, Keller, Sloan, Reilley & Roman LLP, one of the counsel of record for Silicon Knights, Inc. in this matter. I have personal knowledge of the facts set forth in this affidavit and can testify to them if called upon to do so.

2. Attached hereto as Exhibit A is a true and correct copy of an email I sent to Midway Games, Inc.'s counsel Gerald Sweeney on February 7, 2008.

3. I never received a response to that email.

I declare under penalty of perjury under the laws of the State of Illinois and the United States that the foregoing is true and correct.

Executed this 4th day of April, 2008 in San Francisco, California.

_____
Anjali Kumar Kurani