THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

5-07-CV-00275-D

| | |
|---|---|
| SILICON KNIGHTS, INC., an Ontario (Canada) Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>EPIC GAMES, INC. a North Carolina company,<br><br>Defendant. | DECLARATION OF MICHAEL SCANDIZZO |

I, Michael Scandizzo, declare and say:

1. I am the President of Castaway Entertainment, LLC and I make this declaration based on my personal knowledge. If called as a witness, I could testify competently to the matters set forth below.

2. On or about November 2, 2005 I spoke to Mr. Lee Jacobson, who I am informed and believe was at the time Vice President of Business Development/Acquisitions at Midway Games, Inc. and is currently Vice President of Product Acquisitions and Business Development for Midway Home Entertainment. Mr. Jacobson told me that Unreal Engine 3 was a risk to Midway's organization because of the resources that Midway had to devote to making Unreal Engine 3 function. I was told that Midway was hesitant, at that time, to enter new development deals with projects using Unreal Engine 3 because Midway did not want to increase its risk.

I declare under penalty of perjury under the laws of the State of North Carolina, State of Illinois, and the United States that the foregoing is true and correct.

Executed this ____ day of April 1, 2008 at Belmont, California.

_____
Michael Scandizzo

1