# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

Silicon Knights Inc

                     Plaintiff,

v.                                       Case No.: 1:08−cv−00782

                                       Honorable Robert W. Gettleman

Epic Games Inc

                     Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, April 21, 2008:

      MINUTE entry before Judge Honorable Sidney I. Schenkier: Telephone status conference held. The parties' submissions on the motion by Midway Games to quash a subpoena issued by Silicon Knights (doc. # 1) reveal that the parties, at the threshold, dispute the relevance of the information sought by the subpoena to the pending litigation between Silicon Knights and Epic Games that is pending in the Eastern District in North Carolina. Silicon Knights, Inc. v. Epic Games, Inc., 5097000275−D (E.D. N.C.). The question of the relevance of the information sought by the subpoena on Midway (as modified by Silicon Knights) is at issue in a pending discovery motion that is fully briefed in the proceeding in North Carolina. Accordingly, the Court enters and continues Midway's motion to quash (doc. # 1) pending a ruling on the pending discovery motion in the proceeding in North Carolina. The 04/24/08 hearing set before this Court is stricken. The Court orders that within seven days of the ruling on the discovery motion in the North Carolina proceeding, the parties submit to the Court a letter summarizing the ruling, attaching a copy of any written ruling issued, and stating whether any issues remain for this Court to decide. In the event that any issues remain for decision by this Court, we will set the motion to quash for argument and ruling promptly thereafter. Telephone notice(mmm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.