## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Silicon Knights Inc

                     Plaintiff,

v.                                     Case No.: 1:08−cv−00782
                                         Honorable Robert W. Gettleman

Epic Games Inc

                     Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, June 24, 2008:

      MINUTE entry before the Honorable Sidney I. Schenkier: Telephone status conference held. The matter is set for a hearing on Midway's motion to quash subpoena (doc. # 1) on 07/16/08 at 10:00 a.m. By 07/11/08, counsel for Silicon Knights and Midway shall meet and confer to reach agreement on the definition of the term "Alleged Unreal Engines 3 ("UE3") Problems."Telephone notice(mmm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.