# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Robert W. Gettleman | Sitting Judge if Other than Assigned Judge | Sidney I. Schenkier |
|---|---|---|---|
| **CASE NUMBER** | 08 C 782 | **DATE** | 7/23/2008 |
| **CASE TITLE** | Silicon Knights vs. Epic Games | | |

**DOCKET ENTRY TEXT**

Motion hearing held. For the reasons stated on the record, Midway Games Inc.'s motion to quash subpoena (doc. # 1) is granted in part and denied in part as summarized below. A status hearing is set for 9/4/08 at 9:30 a.m.

■[ For further details see text below.]

Docketing to mail notices.
*Copy to judge/magistrate judge.

01:00

## STATEMENT

Motion hearing held. Midway Games Inc.'s ("Midway") motion to quash subpoena is granted in part and denied in part as follows. (1) the motion is granted, without prejudice, insofar as the subpoena seeks discovery concerning the interpretation of the term enhancements in the license agreement between Epic and Midway; (2) the motion is denied insofar as the subpoena seeks documents concerning UE3 complaints; and (3) the motion is denied as moot insofar as the subpoena seeks the license agreement between Midway and Epic Games, pursuant to the agreement between the parties to abide by the ruling of the judge in North Carolina with respect to production of that license.

By 7/25/08, Midway is to inform counsel for Silicon Knights as to how far its active database goes back, how many archival tapes it has for the term of the license agreement with Epic Games, and the time and expense it will involve to search the active and archival databases for responsive information.

By 8/1/08, Silicon Knights is to inform Midway of the scope of the search it wants Midway to undertake; the Court will require Silicon Knights to pay reasonable attorneys' fees and costs for the search.

By 8/22/08, Midway is to provide the requested information to Silicon Knights. Any redacted portions of the documents should state the type of information being redacted, *e.g.*, source code and business strategy.

By 8/29/08, the parties are to meet and confer regarding any disagreements regarding redactions from produced information.

| | Courtroom Deputy Initials: | mm |
|---|---|---|