# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| SILICON KNIGHTS, INC., ) | |
| ) | |
| Plaintiff, ) | Case No. 08 C 782 |
| ) | Judge Gettleman |
| vs. ) | Magistrate Judge Schenkier |
| ) | |
| EPIC GAMES, INC., ) | Case No. 5-07-00275-D |
| ) | (Eastern District of North Carolina, |
| Defendant. ) | Western Division) |

## NOTICE OF MOTION

Please take notice that on Tuesday, August 26, 2008, at 8:30 a.m., or as soon thereafter as counsel may be heard, the undersigned will appear before Magistrate Judge Sidney I. Schenkier, presiding in Courtroom 1700, of the United States District Court for the Northern District of Illinois, Eastern Division, and then and there present Midway Games, Inc.'s Motion to Extend Time to Produce Documents, which has been served upon you.

Dated: August 21, 2008　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　**MIDWAY GAMES INC.**

　　　　　　　　　　　　　　　　　　　　By: s/ Gerald O. Sweeney, Jr.
　　　　　　　　　　　　　　　　　　　　　　　Attorney for Midway Games Inc.

Gerald O. Sweeney, Jr.
**Barnes & Thornburg LLP**
One North Wacker Drive, Suite 4400
Chicago, Illinois 60606
(312) 357-1313

## **CERTIFICATE OF SERVICE**

I, Gerald O. Sweeney, Jr., an attorney, certify that a copy of the foregoing *Notice of Motion* was served on the following attorneys of record via the Court's CM/ECF system on this 21st day of August 2008:

**Caesar A. Tabet**
**Timothy A. Hudson**
**Daniel I. Konieczny**
Tabet DiVito & Rothstein, LLC
209 South LaSalle Street
Seventh Floor
Chicago, IL 60604
(312) 762-9450
Email: dkonieczny@tdrlawfirm.com
Email: thudson@tdrlawfirm.com


I, Gerald O. Sweeney, Jr., an attorney, also certify that a copy of the foregoing *Notice of Motion* was served on the following attorneys of record via facsimile on this 21st day of August 2008:

**Christopher T. Holland**
**Garth A. Rosengren**
**Anjali Kumar Kurani**
Kreig Keller Sloan, Reilly & Roman LLP
114 Sansome Street, 4th Floor
San Francisco, CA  94104
Fax: (415) 249-8333


                                                By: s/ Gerald O. Sweeney, Jr.
                                                    Attorney for Midway Games Inc.