UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
Eastern Division

Silicon Knights Inc
                        Plaintiff,

v.                                            Case No.: 1:08−cv−00782
                                           Honorable Robert W. Gettleman

Epic Games Inc
                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, August 26, 2008:

      MINUTE entry before the Honorable Sidney I. Schenkier: Midway's unopposed motion for extension of time (doc. # 36) is granted; no appearance on the motion is required. By 09/10/08, Midway shall produce responsive documents as required by the Court's order of 07/23/08. By 09/19/09, the parties shall meet and confer concerning any disputes about the production. By the close of business on 09/25/08, the parties shall submit a joint letter to chambers identifying any disputes about production that require resolution by the Court, and in the joint letter state their respective positions concerning those disputes. The status hearing set in this case for 09/04/08 is reset to 10/01/08 at 10:00 a.m. Mailed notice(mmm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.