1) **UE3 Licensee Support from Epic**
   a) Lack of any and/or timely documentation necessary to assist licensees in achieving compatibility between UE3 and the licensee's games
   b) Lack of visibility for licensees into Epic's development schedule for UE3
   c) General unresponsiveness and/or out right dismissal of suggestions and requests from licensees
   d) Epic's decisions about what UE3 functionality was to be considered "game-level" versus "engine-level"
   e) Epic's decisions about what UE3 functionality was to be considered an optimization versus a feature of UE3
   f) Epic's development of UE3 at variance with Microsoft's TCR's for games being developed on the Xbox360
   g) Epic's advice that licensees develop UE3 to achieve compatibility with their games in a manner distinct from Epic's use of UE3 with *Gears of War* and/or *Unreal Tournament 3*
   h) Epic's practice of "deprecating" content

2) **UE3 Performance Issues**
   a) Memory allocation and usage
   b) Streaming, including without limitation the occurrence of memory spikes during loading, the absence and/or delay in providing asynchronous streaming, UE3's use of multiple load paths, and the absence and/or delay in providing a seek-free load path, the absence and/or delay in providing pushbuffer support
   c) Script performance, including without limitation, debugging, syntax, organization, header autogeneration
   d) Editor performance, including without limitation, backward compatibility, data import process, resource management
   e) Renderer performance, including without limitation optimization of the renderer to hardware of the PS3 and the Xbox360, achievable frame rates, rendering of indoor and outdoor terrain, and lighting
   f) Dataflow/workflow architecture governing editor usage and the means by which a licensee can get data into a game using UE3, including without limitation the binary file format used for UE3 and the implementation and integration of Kismet and Matinee in UE3
   g) Code churn from a given UE3 code-drop to the next to the next code drop by Epic, including without limitation Epic's addition, deletion, or alteration of files from one version of UE3 to the next such that an licensee is unable to assure that work done on one version of UE3 will be compatible with the next version of UE3 released by Epic
   h) Multithreading (including SPU utilization on the PS3)
   i) General programming practice, including without limitation code structure, coding standards, API, engine-level vs. game-level abstraction, changes in the underlying engine code without regard for the impact of those changes on the licensee's code necessary to achieve compatibility with the game in development.

3) **Communications with UE3 Licensees**
    a) Epic's representations about the current performance of UE3 during any given point in the development cycle of UE3 on the PS3 and on the Xbox360
    b) Epic's representations about the current state of development of UE3 during any given point in the development cycle of UE3 relative to the complete development cycle for UE3 on the PS3 and on the Xbox360
    c) Epic's representations about the projected performance of UE3 as the development cycle of UE3 progressed on the PS3 and on the Xbox360
    d) Epic's representations about how to best leverage UE3 in developing games based thereon for the PS3 and on the Xbox360

4) **Failure to deliver/meet roadmap for development of UE3**
    a) Licensees provided with a very short "look ahead" on Epic's schedule for the development of UE3 on the PS3 and on the Xbox360
    b) Epic's practice of frequently changing the roadmap for development of UE3 on the PS3 and on the Xbox360, including without limitation Epic's tendency to remove features and/or reprioritize features of UE3
    c) Epic's practice of prioritizing "road-mapped" features of UE3 on the PS3 and on the Xbox360 arbitrarily and/or based on the needs of certain titles
    d) Epic's failure to deliver a commercially functional engine on the Xbox360 and PS3 within six months of the release of the final development kit for those respective platforms