**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| SILICON KNIGHTS, INC., | ) |
| | ) |
| Plaintiff, | ) Case No. 08 C 782 |
| | ) Judge Gettleman |
| vs. | ) Magistrate Judge Schenkier |
| | ) |
| EPIC GAMES, INC., | ) Case No. 5-07-00275-D |
| | ) (Eastern District of North Carolina, |
| Defendant. | ) Western Division) |

<u>**NOTICE OF MOTION**</u>

TO:    Caesar A. Tabet                   Christopher T. Holland
         Timothy A. Hudson              Garth A. Rosengren
         Daniel I. Konieczny             Anjali Kumar Kurani
         Tabet DiVito & Rothstein, LLC    Kreig Keller Sloan Reilly & Roman LLP
         209 South LaSalle Street, Seventh Floor    114 Sansome Street, 4th Floor
         Chicago, IL 60604              San Francisco, CA 94104

       PLEASE TAKE NOTICE that on Thursday, September 18, 2008, at 8:30 a.m., or as soon

thereafter as counsel may be heard, the undersigned will appear before Magistrate Judge

Sidney I. Schenkier, presiding in Courtroom 1700, of the United States District Court for the

Northern District of Illinois, Eastern Division, and then and there present **Midway Games Inc.'s**

**Motion for Court Supervision of Document Production**, a copy of which has been served

upon you.

                                 **MIDWAY GAMES INC.**

                                 By: <u>s/ Gerald O. Sweeney, Jr.</u>
                                     One of its Attorneys

Gerald O. Sweeney, Jr.
Barnes & Thornburg LLP
One North Wacker Drive, Suite 4400
Chicago, Illinois 60606
Telephone: (312) 357-1313
Telefax: (312) 759-5646

## CERTIFICATE OF SERVICE

I, Gerald O. Sweeney, Jr., an attorney, certify that copies of the foregoing **Notice of Motion** and **Midway Games Inc.'s Motion for Court Supervision of Document Production** was served on the following attorneys of record via the Court's CM/ECF system on this 12th day of September 2008:

Caesar A. Tabet
Timothy A. Hudson
Daniel I. Konieczny
Tabet DiVito & Rothstein, LLC
209 South LaSalle Street, Seventh Floor
Chicago, IL 60604
(312) 762-9450
Email: dkonieczny@tdrlawfirm.com
Email: thudson@tdrlawfirm.com

I, Gerald O. Sweeney, Jr., an attorney, also certify that copies of the foregoing **Notice of Motion** and **Midway Games Inc.'s Motion for Court Supervision of Document Production** was served on the following attorneys of record via facsimile on this 12th day of September 2008:

Christopher T. Holland
Garth A. Rosengren
Anjali Kumar Kurani
Kreig Keller Sloan Reilly & Roman LLP
114 Sansome Street, 4th Floor
San Francisco, CA 94104
Fax: (415) 249-8333

s/Gerald O. Sweeney, Jr.

CHDS01 GSWEENEY 497331v1