# Exhibit 5

1) **UE3 Licensee Support from Epic**
   a) Lack of any and/or timely documentation necessary to assist licensees in achieving compatibility between UE3 and the licensee's games
   b) Lack of visibility for licensees into Epic's development schedule for UE3
   c) General unresponsiveness and/or out right dismissal of suggestions and requests from licensees
   d) Epic's decisions about what UE3 functionality was to be considered "game-level" versus "engine-level"
   e) Epic's decisions about what UE3 functionality was to be considered an optimization versus a feature of UE3
   f) Epic's development of UE3 at variance with Microsoft's TCR's for games being developed on the Xbox360
   g) Epic's advice that licensees develop UE3 to achieve compatibility with their games in a manner distinct from Epic's use of UE3 with *Gears of War* and/or *Unreal Tournament 3*
   h) Epic's practice of "deprecating" content

2) **UE3 Performance Issues**
   a) Memory allocation and usage
   b) Streaming, including without limitation the occurrence of memory spikes during loading, the absence and/or delay in providing asynchronous streaming, UE3's use of multiple load paths, and the absence and/or delay in providing a seek-free load path, the absence and/or delay in providing pushbuffer support
   c) Script performance, including without limitation, debugging, syntax, organization, header autogeneration
   d) Editor performance, including without limitation, backward compatibility, data import process, resource management
   e) Renderer performance, including without limitation optimization of the renderer to hardware of the PS3 and the Xbox360, achievable frame rates, rendering of indoor and outdoor terrain, and lighting
   f) Dataflow/workflow architecture governing editor usage and the means by which a licensee can get data into a game using UE3, including without limitation the binary file format used for UE3 and the implementation and integration of Kismet and Matinee in UE3
   g) Code churn from a given UE3 code-drop to the next to the next code drop by Epic, including without limitation Epic's addition, deletion, or alteration of files from one version of UE3 to the next such that an licensee is unable to assure that work done on one version of UE3 will be compatible with the next version of UE3 released by Epic
   h) Multithreading (including SPU utilization on the PS3)
   i) General programming practice, including without limitation code structure, coding standards, API, engine-level vs. game-level abstraction, changes in the underlying engine code without regard for the impact of those changes on the licensee's code necessary to achieve compatibility with the game in development.

3) **Communications with UE3 Licensees**
   a) Epic's representations about the current performance of UE3 during any given point in the development cycle of UE3 on the PS3 and on the Xbox360
   b) Epic's representations about the current state of development of UE3 during any given point in the development cycle of UE3 relative to the complete development cycle for UE3 on the PS3 and on the Xbox360
   c) Epic's representations about the projected performance of UE3 as the development cycle of UE3 progressed on the PS3 and on the Xbox360
   d) Epic's representations about how to best leverage UE3 in developing games based thereon for the PS3 and on the Xbox360

4) **Failure to deliver/meet roadmap for development of UE3**
   a) Licensees provided with a very short "look ahead" on Epic's schedule for the development of UE3 on the PS3 and on the Xbox360
   b) Epic's practice of frequently changing the roadmap for development of UE3 on the PS3 and on the Xbox360, including without limitation Epic's tendency to remove features and/or reprioritize features of UE3
   c) Epic's practice of prioritizing "road-mapped" features of UE3 on the PS3 and on the Xbox360 arbitrarily and/or based on the needs of certain titles
   d) Epic's failure to deliver a commercially functional engine on the Xbox360 and PS3 within six months of the release of the final development kit for those respective platforms

**SK's Supplemental List of Alleged UE3 Problems**

1) **UE3 Licensee Support from Epic**

    ...

    h)  The following problems associated with Epic's practice of "deprecating" content (by which SK means Epic's practice of changing the way something should be built in order to be compatible with UE3 without updating the sample builds provided by Epic and without informing the licensee of why the previous method would no longer be supported):

    i)  Repeated lighting model changes requiring that environment be re-lit/flagged to the new "correct" method of building assets. Changes included:

        (1)  Dynamic lighting changed to light maps

        (2)  Lightmaps changed to vertex lighting

        (3)  Setting flags on environment pieces for collision detection

        (4)  Setting flags on lights for shadow casting vs. not shadow casting

        (5)  Pooled particles vs. dynamically allocated particles

    ii)  The introduction of graphics systems and functionalities that had to be removed or restricted to achieve acceptable frame rates during in-game performance.

2) **UE3 Performance Issues**

    a)  The following problems associated with how UE3 allocates the memory made available by either the PS3 or Xbob360 to the various engine systems of UE3

    i)  Garbage collection:

        (1)  CPU performance for cleanup of memory

        (2)  Memory wasted and unnecessary overhead due to frequency of garbage collection

        (3)  Difficulty in identifying memory overwrites and bad pointer accesses due to garbage collection latency

        (4)  UE3 systems that would allocate memory at the outset of a run and then fail to free that memory during the course of the game.

    b)  The following problems associated with how UE3 implements streaming:

    i)  CPU impact of streaming – time slice mechanism

    ii)  Memory spikes due to garbage collection not being able to execute while streaming – coupled with the longer load times due to the lack of a seek free loading path

    iii)  Multiple load paths complicated optimization/inhibited SK's ability to understand/fix the issue.

    iv)  Lack of utilization of the multithreaded console architecture

    v)  Failure to deliver "Gemini" (threaded renderer)

        (1)  Repeatedly told it was to be delivered on time. Then significantly delayed just before delivery – impacted ability to mitigate risk (Gemini was supposed to be part of general multithreaded support)

        (2)  CPU DirectX performance – pushbuffers were supposed to mitigate per object render call overhead

    (3)  Inefficient shader management causing stalls and memory allocations that are not freed.

c) The following problems associated with UE3's script performance:
   i) CPU performance of the scripting language – significantly slower then native C++ much slower on the XBOX then on the PC.
   ii) Inability to debug script on console platforms
   iii) Header autogeneration requiring an executable to be built, which, in turn, required a header that couldn't be autogenerated

d) The following problems associated with UE3's editor performance:
   i) Manual data import
   ii) Difficulty deleting resources
   iii) Competition for binary package files which impeded artist workflow
   iv) Automatic removal of references from packages when all of the assets were not available

...

f) The following problems associated with UE3's dataflow/workflow architecture governing editor usage and the means by which a developer can get data into a game using UE3:
   i) No guard rails on Kismet
   ii) Matinee incomplete
   iii) Inability to stream Matinee data
   iv) Impossible to tell from the binary file data what changed from one revision to the next. Controlling the data flow was difficult because of inter-package dependencies that were not apparent to the users.
   v) Difficulty determining what data needed to be cooked to the target platform and which packages were used.
   vi) Tools did not exist for determining what would be loaded from a package, and when it would be loaded, making memory tracking difficult.

...

i) The following problems associated with Epic's general programming practice:
   i. Initial problems with UE3 when it was first provided to SK
      (1)  The unstable and error-ridden nature of the code;
      (2)  The presence of excessive "legacy" code from previous versions of the Unreal Engine;
      (3)  The code in UE3 was inelegant and overly complicated.
   ii. UE3 was not created in a modular fashion.
   iii. Problems experienced by SK during its use of UE3:
      (1)  UE3 was not architected to allow it to be readily used for different types of games.
      (2)  Painful merges cause by engine changes that removed or changed significant functionality.
      (3)  Designation of "game level features"
      (4)  No attempt at encapsulation by Epic caused SK to have to redo significant amounts of work due to changes by Epic.

    (5)     Disorganized graphics pipeline making it difficult for developers to add their own draws.

    (6)     Importation of functions and systems into UE3 without adequate modification to ensure that those functions and systems were compatible with UE3.

    (7)     Abandonment of systems and functionalities that Epic represented it would implement in UE3 without informing its licensees that it would not implement those systems and functionalities.

    (8)     Prioritization of development of UE3 to suit Epic's own games, rather than the needs of its licensees.

    (9)     Unpredictable calls on parent functions due to UE3's implementation of inheritance in its state code.

    (10)    Failure to include safety checks or helpful error messages indicating why a level or package would no longer open once a change was made to that level or package.

    (11)    Failure to make modifications and features that it implemented in its own games available to licensees.

    (12)    Lack of documentation

    (13)    The release of revisions to UE3 that were inadequately tested

    (14)    The immaturity of the UE3 code base from 2005-2007 such that it was impractical for a developer to make changes to that codebase because those changes would be rendered incompatible by subsequent versions of UE3.

## 2) Communications with UE3 Licensees

a) Epic's representations about the current performance of UE3 during any given point in the development cycle of UE3 on the PS3 and on the Xbox360.

b) Epic's representations about the current state of development of UE3 during any given point in the development cycle of UE3 relative to the complete development cycle for UE3 on the PS3 and on the Xbox360.

c) Epic's representations about the projected performance of UE3 as the development cycle of UE3 progressed on the PS3 and on the Xbox360.

d) Epic's representations about how to best leverage UE3 in developing games based thereon for the PS3 and on the Xbox360.